**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2179**

---

In Re:     HENRY T. SANDERS,

                                        Petitioner.

---

On Petition for Writ of Mandamus
(CA-97-1654-PJM; CA-03-3619-PJM; CA-04-175-PJM)

---

Submitted: December 16, 2004        Decided: December 20, 2004

---

Before MICHAEL, KING, and SHEDD, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Henry T. Sanders, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry T. Sanders has filed a petition for a writ of mandamus requesting that this court reverse various court orders. Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Mandamus may not be used as a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Further, mandamus relief is only available when there are no other means by which the relief sought could be granted. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Sanders has not shown that the relief sought is not available by other means. In addition, he has failed to show a clear right to the relief sought. Accordingly, although we grant Sanders' motion to proceed in forma pauperis, we deny the petition for writ of mandamus and deny Sanders' motions for injunction, expedited treatment, general relief, suspension of rules, judgment, and judicial notice. We grant Sanders' motion to file a memorandum. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED